## JOSHUA DODGE VS. ROBERT GIBBS, 1742

COLONY OF RHODE ISLAND ETC CURIA ADMIRALITATIS    At a Court of Vice-admiralty held at Newport On Monday the 24ᵗʰ of May A: D. 1742.